

**WIPRO LIMITED**
2 TOWER CENTER BLVD.
SUITE 2200
EAST BRUNSWICK, NJ 08816-1100

**Earnings Statement**



| Period Beginning: | 02/14/2021 |
|---|---|
| Period Ending: | 02/27/2021 |
| Pay Date: | 03/05/2021 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  GA: 0

GREGGORY L DAVIS
5400 PERIDOT PKWY
ATLANTA GA 30281

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2352.92 | 80.00 | 2,352.92 | 11,736.77 |
| Qplc | | | | 792.00 |
| **Gross Pay** | | | **$2,352.92** | 12,528.77 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.16 | 5.50 |
| Tot Work Hours | 80.00 | 320.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -201.60 | 1,173.91 |
| Social Security Tax | -141.23 | 750.94 |
| Medicare Tax | -33.03 | 175.62 |
| GA State Income Tax | -108.61 | 584.59 |

Other
| | | |
|---|---|---|
| Medical | -76.15* | 422.30 |
| **Net Pay** | **$1,792.30** | |
| Checking 1 | -192.30 | |
| Checking 2 | -1,500.00 | |
| Saving 1 | -100.00 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,276.77

© 2000 ADP, LLC



**WIPRO LIMITED**
2 TOWER CENTER BLVD.
SUITE 2200
EAST BRUNSWICK, NJ 08816-1100

| Advice number: | 00000097018 |
|---|---|
| Pay date: | 03/05/2021 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GREGGORY L DAVIS | XXXXX | XXXX XXXX | $192.30 |
| | XXXXX | XXXX XXXX | $1,500.00 |
| | XXXXXXXX | XXXX XXXX | $100.00 |

**NON-NEGOTIABLE**



# Earnings Statement



WIPRO LIMITED
2 TOWER CENTER BLVD.
SUITE 2200
EAST BRUNSWICK, NJ 08816-1100

ZSL  354953  ODR-AC   0000117682   1
7719-0001

Period Beginning: 02/28/2021
Period Ending: 03/13/2021
Pay Date: 03/19/2021

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  GA: 0

GREGGORY L DAVIS
5400 PERIDOT PKWY
ATLANTA GA 30281

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2352.92 | 80.00 | 2,352.92 | 14,089.69 |
| Qplc |  |  |  | 792.00 |
| **Gross Pay** |  |  | **$2,352.92** | 14,881.69 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.16 | 6.66 |
| Tot Work Hours | 80.00 | 400.00 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -201.60 | 1,375.51 |
| Social Security Tax | | -141.23 | 892.17 |
| Medicare Tax | | -33.03 | 208.65 |
| GA State Income Tax | | -108.61 | 693.20 |
| Other | | | |
| Medical | | -76.15* | 498.45 |
| **Net Pay** | | **$1,792.30** | |
| Checking 1 | | -192.30 | |
| Checking 2 | | -1,500.00 | |
| Saving 1 | | -100.00 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,276.77

© 2000 ADP, LLC



WIPRO LIMITED
2 TOWER CENTER BLVD.
SUITE 2200
EAST BRUNSWICK, NJ 08816-1100

Advice number: 00000117682
Pay date: 03/19/2021

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GREGGORY L DAVIS | XXXXX | XXXX XXXX | $192.30 |
|  | XXXXX | XXXX XXXX | $1,500.00 |
|  | XXXXXXXX | XXXX XXXX | $100.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

ZSL   354953   ODR-AC   VCHR   0000137016   1

7044-0001

# Earnings Statement

**ADP**

WIPRO LIMITED
2 TOWER CENTER BLVD.
SUITE 2200
EAST BRUNSWICK, NJ 08816-1100

Period Beginning:  03/14/2021
Period Ending:     03/27/2021
Pay Date:          04/02/2021

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  0
  GA:       0

GREGGORY L DAVIS
5400 PERIDOT PKWY
ATLANTA GA 30281

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2352.92 | 80.00 | 2,352.92 | 16,442.61 |
| Qplc | | | | 792.00 |
| **Gross Pay** | | | **$2,352.92** | 17,234.61 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.16 | 7.82 |
| Tot Work Hours | 80.00 | 480.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -201.60 | 1,577.11 |
| Social Security Tax | -141.24 | 1,033.41 |
| Medicare Tax | -33.03 | 241.68 |
| GA State Income Tax | -108.61 | 801.81 |

Other
| | | |
|---|---|---|
| Medical | -76.15* | 574.60 |

| **Net Pay** | **$1,792.29** |
|---|---|
| Checking 1 | -192.29 |
| Checking 2 | -1,500.00 |
| Saving 1 | -100.00 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,276.77

© 2000 ADP, LLC



WIPRO LIMITED
2 TOWER CENTER BLVD.
SUITE 2200
EAST BRUNSWICK, NJ 08816-1100

Advice number:  00000137016
Pay date:       04/02/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GREGGORY L DAVIS | XXXXX | XXXX XXXX | $192.29 |
| | XXXXX | XXXX XXXX | $1,500.00 |
| | XXXXXXXX | XXXX XXXX | $100.00 |

**NON-NEGOTIABLE**



**Earnings Statement**

ZSL  354953  ODR-AC  0000157085  1
7128-0001

WIPRO LIMITED
2 TOWER CENTER BLVD.
SUITE 2200
EAST BRUNSWICK, NJ 08816-1100

| Period Beginning: | 03/28/2021 |
|---|---|
| Period Ending: | 04/10/2021 |
| Pay Date: | 04/16/2021 |

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0
   GA: 0

GREGGORY L DAVIS
5400 PERIDOT PKWY
ATLANTA GA 30281

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2352.92 | 80.00 | 2,352.92 | 18,795.53 |
| Qplc | | | | 792.00 |
| **Gross Pay** | | | **$2,352.92** | 19,587.53 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.16 | 8.98 |
| Tot Work Hours | 80.00 | 560.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -201.60 | 1,778.71 |
| Social Security Tax | | -141.23 | 1,174.64 |
| Medicare Tax | | -33.03 | 274.71 |
| GA State Income Tax | | -108.61 | 910.42 |
| **Other** | | | |
| Medical | | -76.15* | 650.75 |
| **Net Pay** | | **$1,792.30** | |
| Checking 1 | | -192.30 | |
| Checking 2 | | -1,500.00 | |
| Saving 1 | | -100.00 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,276.77

© 2000 ADP, LLC



WIPRO LIMITED
2 TOWER CENTER BLVD.
SUITE 2200
EAST BRUNSWICK, NJ 08816-1100

| Advice number: | 00000157085 |
|---|---|
| Pay date: | 04/16/2021 |

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GREGGORY L DAVIS | XXXX | XXXX XXXX | $192.30 |
| XXXXX | | XXXX XXXX | $1,500.00 |
| XXXXXXXXX | | XXXX XXXX | $100.00 |

**NON-NEGOTIABLE**

ZSL   354953   ODR-AC   VCHR  0000180278   1
10350-0001



**Earnings Statement**

WIPRO LIMITED
2 TOWER CENTER BLVD.
SUITE 2200
EAST BRUNSWICK, NJ 08816-1100

| | |
|---|---|
| Period Beginning: | 04/11/2021 |
| Period Ending: | 04/24/2021 |
| Pay Date: | 04/30/2021 |

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0
   GA: 0

GREGGORY L DAVIS
5400 PERIDOT PKWY
ATLANTA GA 30281

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2352.92 | 80.00 | 2,352.92 | 21,148.45 |
| Qplc | | | | 792.00 |
| **Gross Pay** | | | **$2,352.92** | 21,940.45 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.16 | 10.14 |
| Tot Work Hours | 80.00 | 640.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -201.60 | 1,980.31 |
| Social Security Tax | -141.23 | 1,315.87 |
| Medicare Tax | -33.03 | 307.74 |
| GA State Income Tax | -108.61 | 1,019.03 |

Other
| | | |
|---|---|---|
| Medical | -76.15* | 726.90 |

| | |
|---|---|
| **Net Pay** | **$1,792.30** |
| Checking 1 | -192.30 |
| Checking 2 | -1,500.00 |
| Saving 1 | -100.00 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,276.77

© 2000 ADP, LLC



WIPRO LIMITED
2 TOWER CENTER BLVD.
SUITE 2200
EAST BRUNSWICK, NJ 08816-1100

Advice number: 00000180278
Pay date: 04/30/2021

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GREGGORY L DAVIS | XXXXX | XXXX XXXX | $192.30 |
| | XXXXX | XXXX XXXX | $1,500.00 |
| | XXXXXXXX | XXXX XXXX | $100.00 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP®**

WIPRO LIMITED
2 TOWER CENTER BLVD.
SUITE 2200
EAST BRUNSWICK, NJ 08816-1100

Period Beginning: 04/25/2021
Period Ending: 05/08/2021
Pay Date: 05/14/2021

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0
    GA: 0

GREGGORY L DAVIS
5400 PERIDOT PKWY
ATLANTA GA 30281

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2352.92 | 80.00 | 2,352.92 | 23,501.37 |
| Qplc | | | | 1,782.00 |
| **Gross Pay** | | | **$2,352.92** | 25,283.37 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.16 | 11.30 |
| Tot Work Hours | 80.00 | 720.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -201.60 | 2,399.71 |
| Social Security Tax | -141.23 | 1,518.48 |
| Medicare Tax | -33.03 | 355.13 |
| GA State Income Tax | -108.61 | 1,184.57 |

Other
| | | |
|---|---|---|
| Medical | -76.15* | 803.05 |
| **Net Pay** | **$1,792.30** | |
| Checking 1 | -192.30 | |
| Checking 2 | -1,500.00 | |
| Saving 1 | -100.00 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,276.77

© 2000 ADP, LLC

---



WIPRO LIMITED
2 TOWER CENTER BLVD.
SUITE 2200
EAST BRUNSWICK, NJ 08816-1100

Advice number: 00000197126
Pay date: 05/14/2021

**THIS IS NOT A CHECK**

Deposited to the account of
GREGGORY L DAVIS

| account number | transit ABA | amount |
|---|---|---|
| XXXXX | XXXX XXXX | $192.30 |
| XXXXX | XXXX XXXX | $1,500.00 |
| XXXXXXXX | XXXX XXXX | $100.00 |

**NON-NEGOTIABLE**