UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-54029 WLH |
| GREGGORY LEE DAVIS | ) | |
| | ) | |
| | ) | |
| DEBTOR | ) | |
| _____ | | CHAPTER 7 |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(b)**

COMES NOW Shani Reid, of HOLLOWAY BELL, LLC and files this Notice of Appearance and Demand for Service of Papers as Counsel for the Debtor.

Request is hereby that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers serves or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

> Shani Reid
> HOLLOWAY BELL, LLC
> 1571 Phoenix Blvd, Suite 1
> Atlanta, GA 30337
> 678-390-3503 (Telephone)
> 404-465-3634 (Facsimile)
> shani@hblawatl.com

HOLLOWAY BELL, LLC, additionally requests that the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-mentioned case.

Respectfully Submitted by:

/s/_____
Shani Reid
GA Bar Number 076131
Attorney for Debtor
Holloway Bell, LLC
1571 Phoenix Blvd, Suite 1
Atlanta, GA 30349
678-390-3503 (Telephone)

404-465-3634 (Facsimile)
shani@hblawatl.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-54029 WLH |
| GREGGORY LEE DAVIS | ) | |
| | ) | |
| | ) | |
| DEBTOR | ) | |
| _____ | | CHAPTER 7 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that I am more than eighteen years of age, and that on this day I served a copy of the within *Notice of Appearance pursuant to Bankruptcy Rule 9010(b)* filed in this Bankruptcy Case upon the following by depositing a copy of same in the United States Mail with sufficient postage affixed thereon to ensure delivery to:

| | |
|---|---|
| Greggory Lee Davis<br>5004 Peridot Parkway<br>Apt. 5004<br>Stockbridge, GA 30281 | S. Gregory Hays<br>2964 Peachtree Road, Suite 555<br>Atlanta, GA 30305 |

AND ALL CREDITORS ON ATTACHED MATRIX

Date: May 18, 2022

By:_____/s/
Shani Reid
GA Bar Number 076131
Attorney for Debtor
Holloway Bell, LLC
1571 Phoenix Blvd, Suite 1
Atlanta, GA 30349
678-390-3503 (Telephone)
404-465-3634 (Facsimile)
shani@hblawatl.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 21-54029-wlh<br>Northern District of Georgia<br>Atlanta<br>Wed May 18 14:59:04 EDT 2022 | Amex Dsnb<br>Po Box 8218<br>Mason, OH 45040-8218 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Tiffini C. Bell<br>Holloway Bell, LLC<br>Suite 1<br>1571 Phoenix Blvd<br>College Park, GA 30349-5536 |
| Capital One Auto Finan<br>Po Box 259407<br>Plano, TX 75025-9407 | Citi<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Credit Acceptance Corp<br>Po Box 513<br>Southfield, MI 48037-0513 |
| (p)CREDIT CORP SOLUTIONS INC<br>121 W ELECTION RD<br>SANDY UT 84020-7766 | Greggory Lee Davis<br>5004 Peridot Parkway<br>Apt 5004<br>Stockbridge, GA 30281-7690 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | Internal Revenue Service<br>401 W. Peachtree St. NW<br>Atlanta, GA 30308 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Jpmcb Hl<br>10790 Rancho Bernardo Rd<br>San Diego, CA 92127-5705 | Kay Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333-4600 |
| Midland Credit Managem<br>320 E Big Beaver Rd Ste<br>Troy, MI 48083-1238 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Net Credit<br>200 W Jackson Blvd Ste 2<br>Chicago, IL 60606-6910 |
| NetCredit<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604-2863 | ONEMAIN FINANCIAL GROUP, LLC<br>OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 | Oac<br>Po Box 500<br>Baraboo, WI 53913-0500 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | Onemain<br>Po Box 1010<br>Evansville, IN 47706-1010 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Quantum3 Group LLC as agent for Credit Corp<br>PO Box 788<br>Kirkland, WA 98083-0788 | Sears/Cbna<br>13200 Smith Rd<br>Cleveland, OH 44130-7802 |

| | | |
|---|---|---|
| Syncb/Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Syncb/Belk<br>Po Box 965028<br>Orlando, FL 32896-5028 | Syncb/Bmrt<br>C/O P.O. Box 965036<br>Orlando, FL 32896-5036 |
| Syncb/Brmart<br>C/O Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/Brmc<br>C/O P.O. Box 965036<br>Orlando, FL 32896-5036 | Syncb/Ccdstr<br>C/O Po Box 965036<br>Orlando, FL 32896-0001 |
| Syncb/Low<br>Po Box 956005<br>Orlando, FL 32896-0001 | Syncb/Mc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Td Bank Usa/Targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Wells Fargo Bank<br>Po Box 14517<br>Des Moines, IA 50306-3517 |
| Wells Fargo Dealer Svc<br>Po Box 10709<br>Raleigh, NC 27605-0709 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Credit Corp Solutions<br>121 W Election Rd Ste 20<br>Draper, UT 84020 | Georgia Department of Revenue<br>1800 Century Blvd<br>Atlanta, GA 30303 | Jpmcb Card<br>Po Box 15369<br>Wilmington, DE 19850 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Macysdsnb | (u)One Main Financial | (u)Sheffield |
| (u)Syncb/Jcp | (u)Tab/Sunbit | (u)Thd/Cbna |

End of Label Matrix
Mailable recipients    42
Bypassed recipients     6
Total                  48